IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11347
Conference Calendar
_____


JOSEPH REED,

                                        Plaintiff-Appellant,

versus

BRENDA WILKINSON,
Law Library Supervisor, et al.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:97-CV-149
- - - - - - - - - -
April 10, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Joseph Reed, Texas prisoner No. 634538, appeals the district
court's dismissal of his civil rights suit, filed pursuant to 42
U.S.C. § 1983, as frivolous.  Reed argues that he has been denied
legal visits with other inmates in violation of his right of
access to the courts and that the Texas Department of Criminal
Justice has violated the equal protection rights of indigent
prisoners who are mentally ill by failing to provide such persons

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

with legal representation in civil lawsuits.  Having reviewed the

record and Reed's appellate brief, we HOLD that Reed has failed

to allege a constitutional violation.  <u>See</u> <u>Lewis v. Casey</u>, 116 S.

Ct. 2174, 2179-80 (1996); <u>Henthorn v. Swinson</u>, 955 F.2d 351, 354

(5th Cir. 1992); <u>see</u> <u>also</u> <u>Brennan v. Stewart</u>, 834 F.2d 1248, 1257

(5th Cir. 1988).

This appeal is frivolous.  It is DISMISSED.  <u>See</u> 5th Cir.

R. 42.2.